401 A.2d 572

**Ruth C. CHAPIN**

v.

**Alfred B. CHAPIN, Appellant.**

Superior Court of Pennsylvania.

Submitted April 10, 1978.

Decided April 12, 1979.

David Heinlein, Pittsburgh, for appellant.

C. Donald Gates, Jr., Pittsburgh, for appellee.

Before JACOBS, President Judge, and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

PER CURIAM:

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

JACOBS, former President Judge, and HOFFMAN, J., did not participate in the consideration or decision of this case.